CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

S.W.H. Corporation, )
)
Plaintiff )
)
v. )   Civil Action No. _____
)
Andy Shallal; LAN, Inc.; )
and BK&F, LLC, )
Defendant )
)
)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __S.W.H. Corporation__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __S.W.H. Corporation__, which have any outstanding securities in the hands of the public. __Bob Evans Farms, Inc.__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_William H Oldach_
Signature

__458757__
Bar Identification Number

__William H. Oldach, III__
Print Name

__1828 L Street, NW, Suite 1100__
Address

__Washington, DC__                          __20036__
City                State        Zip

__(202) 467-8880__
Telephone Number