IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.W.H. CORPORATION,<br>17852 E. 17th Street<br>South Building, Suite 108<br>Tustin, California 92780<br><br>      Plaintiff,<br><br>v.<br><br>ANDY SHALLAL<br>8461 Chapelwood Court<br>Annandale, VA 22003,<br><br>LAN, INC.,<br>8461 Chapelwood Court<br>Annandale, VA 22003,<br><br>      and<br><br>BK&F, LLC<br>2120 P Street, N.W.<br>Washington, D.C. 20036,<br><br>      Defendants. | Case No. 1:07-cv-00989 JR |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO ANSWER COMPLAINT

Defendant, BK&F, LLC, moves this Court to grant an extension of time for it to answer Plaintiff S.W.H. Corporation's ("S.W.H.") Complaint. Additional time would permit a more thorough and comprehensive response to S.W.H.'s Complaint. After consultation, Plaintiff S.W.H.'s counsel has agreed to a three-week extension of time until Monday, July 9, 2007. For the reasons set forth more fully in the accompanying

Memorandum, BK&F respectfully requests that the Court grant this Motion.

Respectfully submitted,

Bailey Law Group, P.C.

Date: June 18, 2007

By: /s/ Kwame Acquaah
Kwame Acquaah
D.C. Bar No. 422982
Bailey Law Group, P.C.
1615 L Street, N.W., Suite 1350
Washington D.C. 20036
kacquaah@baileylawgroup.com
202.887.8040 (Telephone)
202.887.8044 (Facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Unopposed Motion for Extension of Time to Answer Complaint, the Memorandum in Support thereof and Proposed Order were served on the parties listed below via first-class mail:

William H. Oldach III
Vorys, Sater, Seymour and Pease, LLP
1828 L Street, N.W.
Suite 111
Washington D.C. 20036

ANDY SHALLAL
8461 Chapelwood Court
Annandale, VA 22003,

LAN, INC.,
8461 Chapelwood Court
Annandale, VA 22003,

Dated: June 18, 2007

By: /s/ Kwame Acquaah
Kwame Acquaah
D.C. Bar No. 422982
Bailey Law Group, P.C.
1615 L Street, N.W., Suite 1350
Washington D.C. 20036
kacquaah@baileylawgroup.com
202.887.8040 (Telephone)
202.887.8044 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.W.H. CORPORATION,<br>17852 E. 17th Street<br>South Building, Suite 108<br>Tustin, California 92780<br><br>    Plaintiff,<br><br>v.<br><br>ANDY SHALLAL<br>8461 Chapelwood Court<br>Annandale, VA 22003,<br><br>LAN, INC.,<br>8461 Chapelwood Court<br>Annandale, VA 22003,<br><br>    and<br><br>BK&F, LLC<br>2120 P Street, N.W.<br>Washington, D.C. 20036,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:07-cv-00989 JR |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, BK&F, LLC ("BK&F"), through counsel, moves this Court to grant an extension of time for it to respond to Plaintiff S.W.H. Corporation's ("S.W.H.") Complaint.

1.    Plaintiff S.W.H.'s counsel has agreed to a three-week extension of the deadline to Monday, July 9, 2007.

2.      Defendant BK&F requests additional time to prepare a more thorough and comprehensive response to Plaintiff's Complaint.

3.      This extension, if granted, will not unduly prejudice the parties.

WHEREFORE, for good cause shown, Defendant BK&F requests that this Court grant Defendant's Motion for a three-week extension to file its Answer to Plaintiff's Complaint.

Respectfully submitted,

Bailey Law Group, P.C.

Date: June 18, 2007          By: _____
Kwame Acquaah
D.C. Bar No. 422982
Bailey Law Group, P.C.
1615 L Street, N.W., Suite 1350
Washington D.C. 20036
kacquaah@baileylawgroup.com
202.887.8040 (Telephone)
202.887.8044 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S.W.H. CORPORATION,<br>17852 E. 17th Street<br>South Building, Suite 108<br>Tustin, California 92780<br><br>    Plaintiff,<br><br>v.<br><br>ANDY SHALLAL<br>8461 Chapelwood Court<br>Annandale, VA 22003,<br><br>LAN, INC.,<br>8461 Chapelwood Court<br>Annandale, VA 22003,<br><br>    and<br><br>BK&F, LLC<br>2120 P Street, N.W.<br>Washington, D.C. 20036,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:07-cv-00989 JR<br><br><br><br><br><br><br><br><br>**ORDER** |

Defendant BK&F, LLC's Unopposed Motion for Extension of Time to Answer Plaintiff's Complaint is hereby GRANTED on this ___ day of June, 2007.

**IT IS SO ORDERED.**

_____
                                                                             Judge