AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

S.W.H. Corporation

**SUMMONS IN A CIVIL CASE**

V.

Andy Shallal; LAN, Inc.;
and BK&F, LLC

Case: 1:07-cv-00989
Assigned To : Robertson, James
Assign. Date : 5/30/2007
Description: General Civil

TO: (Name and address of Defendant)

LAN, Inc.
8461 Chapelwood Court
Annandale, VA 22003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Oldach, III
Vorys, Sater, Seymour and Pease, LLP
1828 L Street, N.W. 11th Floor
Washington, D.C. 20036
(202) 467-8800

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAY 29 2007
CLERK                                      DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

S.W.H. Corporation

vs.

Andy Shallal, et al.

No. 1:07-CV-00989 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Civil Cover Sheet; Complaint; Exhibits A - H; Certificate Under LCvR 7.1; and Consent to Proceed Before a United States Magistrate Judge for All Purposes in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:15 pm on May 31, 2007, I served LAN, Inc. c/o Dimitri P. Mallios, Registered Agent at 1828 L Street, NW, Suite 500, Washington, DC 20036 by serving Dimitri P. Mallios, Registered Agent, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   65
HEIGHT-   5'8"
  HAIR-   BALD
WEIGHT-   175
  RACE-   WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6-1-07
              Date

*Wesley Jennings* (signature)
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 188871