UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S.W.H. CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07CV00989 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| ANDY SHALLAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants LAN, Inc., and Andy Shallal hereby respectfully request an extension of time, to and including July 9, 2007, in which to file their answer or otherwise plead in response to the Complaint filed by Plaintiff S.W.H. Corporation in the above-captioned case. A Proposed Order is attached.

Respectfully submitted,

Dated: June 26, 2007.

By /s/ Eric L. Yaffe
Eric L. Yaffe (#439750)
GRAY, PLANT, MOOTY MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, Northwest
Suite 1111
Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:    (202) 295-2250

Attorneys for Defendants
LAN, Inc. and
Andy Shallal

PROOF OF SERVICE

I hereby certify that on this 26th day of June, 2007, a copy of the foregoing **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was sent via the Court's electronic system:

**William H. Oldach, III**
VORYS, SATER, SEYMOUR & PEASE
1828 L Street, NW
Suite 1100
Washington, DC 20036-5109
Attorney for Plaintiff
S.W.H. Corporation

**Kwamena Munko Acquaah**
2300 M Street, NW
Suite 800
Washington, DC 20037
Attorney for Defendant
BK&F LLC

                                        /s/ Eric L. Yaffe_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.W.H. CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07CV00989 (JR) |
| ) | |
| v. ) | |
| ) | |
| ANDY SHALLAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF
THEIR UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants LAN, Inc. and Andy Shallal hereby respectfully request an extension of time until and including July 9, 2007, in which to file an answer or otherwise respond to the Complaint filed by Plaintiff S.W.H. Corporation in the above-captioned case. As support, Defendants state as follows.

On June 20, 2007, counsel for Plaintiff agreed to an extension of time until and including July 9, 2007, for LAN, Inc. and Andy Shallal to answer or otherwise respond in this action.

For the reasons stated herein, Defendants respectfully request that the Court grant this Motion and provide Defendants until and including July 9, 2007, to answer or otherwise respond to the Complaint.

                                            Respectfully submitted,

Dated: June 25, 2007.                By /s/ Eric L. Yaffe_____
                                            Eric L. Yaffe (#439750)
                                            GRAY, PLANT, MOOTY MOOTY
                                            & BENNETT, P.A.
                                            2600 Virginia Avenue, Northwest
                                            Suite 1111
                                            Washington, DC 20037
                                            Telephone:    (202) 295-2200
                                            Facsimile:     (202) 295-2250

                                            Attorneys for Defendants
                                            LAN, Inc. and
                                            Andy Shallal

PROOF OF SERVICE

I hereby certify that on this 25th day of June, 2007, a copy of the foregoing

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

was sent via the Court's electronic system:

**William H. Oldach, III**
VORYS, SATER, SEYMOUR & PEASE
1828 L Street, NW
Suite 1100
Washington, DC 20036-5109
Attorney for Plaintiff
S.W.H. Corporation

**Kwamena Munko Acquaah**
2300 M Street, NW
Suite 800
Washington, DC 20037
Attorney for Defendant
BK&F LLC

/s/ Eric L. Yaffe_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.W.H. CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDY SHALLAL, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:07CV00989 (JR) |

**[PROPOSED] ORDER**

**UPON CONSIDERATION** of Defendant Andy Shallal and LAN, Inc.'s Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is this, ____ day of _____, 2007, hereby

**ORDERED**, that Defendant Andy Shallal and LAN, Inc.'s Motion is hereby GRANTED, and it is further

**ORDERED**, that the time for Defendant Andy Shallal and LAN, Inc. to file an answer or otherwise plead in response to the Complaint filed by Plaintiff in the above-captioned case is hereby extended to and including July 9, 2007.

_____
United States District Judge