UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S.W.H. CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07CV00989 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| ANDY SHALLAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO LCVR 7.1

Pursuant to LCvR 7.1, Defendant LAN, Inc. makes the following statement:

I, the undersigned counsel of record for LAN, Inc., certify that to the best of my knowledge and belief, LAN, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made so that judges of this court may determine the need for recusal.

                                        Respectfully submitted,

Dated: June 26, 2007.            By /s/ Eric L. Yaffe
                                                Eric L. Yaffe (#439750)
                                                GRAY, PLANT, MOOTY MOOTY
                                                & BENNETT, P.A.
                                                2600 Virginia Avenue, Northwest
                                                Suite 1111
                                                Washington, DC 20037
                                                Telephone:    (202) 295-2200
                                                Facsimile:    (202) 295-2250

                                                Attorneys for Defendants
                                                LAN, Inc. and
                                                Andy Shallal

## PROOF OF SERVICE

I hereby certify that on this 26th day of June, 2007, a copy of the foregoing

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LCVR 7.1** was sent via the

Court's electronic system:

**William H. Oldach, III**
VORYS, SATER, SEYMOUR & PEASE
1828 L Street, NW
Suite 1100
Washington, DC 20036-5109
Attorney for Plaintiff
S.W.H. Corporation

**Kwamena Munko Acquaah**
2300 M Street, NW
Suite 800
Washington, DC 20037
Attorney for Defendant
BK&F LLC

/s/ Eric L. Yaffe_____