IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.W.H. CORPORATION, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00989 JR |
| ) | |
| ANDY SHALLAL, *et al.,* ) | |
| ) | |
| Defendants ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**

Defendant, BK&F, LLC, moves this Court to grant an extension of time for it to respond to Plaintiff S.W.H. Corporation's ("S.W.H.") Complaint. An extension was previously granted by the court to Monday, July 9, 2007. After consultation, Plaintiff S.W.H.'s counsel has agreed to an additional two-week extension of time until Monday, July 23, 2007. For the reasons set forth more fully in the accompanying memorandum, BK&F respectfully requests that the Court grant this Motion.

Respectfully submitted,

Bailey Law Group, P.C.

Date: July 9, 2007

By: /s/ Kwame Acquaah
Kwame Acquaah
D.C. Bar No. 422982
**BAILEY LAW GROUP, P.C.**
1615 L Street, NW, Suite 1350
Washington, DC 20036
kacquaah@baileylawgroup.com
202.887.8040 (Telephone)
202.887.8044 (Facsimile)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of Defendant's Unopposed Motion for Extension of Time to Respond to Complaint, the Memorandum in Support thereof and Proposed Order were served on the parties listed below via first-class mail:

William H. Oldach III
**VORYS, SATER, SEYMOUR AND PEASE, LLP**
1828 L Street, NW, Suite 111
Washington, DC 20036
*Attorney for Plaintiff*
*S.W.H. Corporation*

Eric Yaffe
**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**
2600 Virginia Avenue, NW, Suite 1111
Washington, DC  20037
*Attorney for Defendants*
*LAN, Inc. and*
*Andy Shallal*


Dated: July 9, 2007                    By:  /s/ Kwame Acquaah
                                       Kwame Acquaah
                                       D.C. Bar No. 422982
                                       **BAILEY LAW GROUP, P.C.**
                                       1615 L Street, NW, Suite 1350
                                       Washington, DC  20036
                                       kacquaah@baileylawgroup.com
                                       202.887.8040 (Telephone)
                                       202.887.8044 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S.W.H. CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-00989 JR |
| | ) | |
| ANDY SHALLAL, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

  Defendant, BK&F, LLC ("BK&F"), through counsel, moves this Court to grant an extension of time to respond to Plaintiff S.W.H. Corporation's ("S.W.H.") Complaint.

  1.  Plaintiff S.W.H.'s counsel has agreed to an additional two-week extension of the deadline to Monday, July 23, 2007.

  2.  This extension, if granted, will not unduly prejudice the parties.

WHEREFORE, for good cause shown, Defendant BK&F requests that this Court grant Defendant's Unopposed Motion for a two-week extension to file a response to Plaintiff's Complaint.

Respectfully submitted,

Bailey Law Group, P.C.

Date: July 9, 2007

By: /s/ Kwame Acquaah
Kwame Acquaah
D.C. Bar No. 422982
**BAILEY LAW GROUP, P.C.**
1615 L Street, NW, Suite 1350
Washington, DC 20036
202.887.8040 (Telephone)
202.887.8044 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| S.W.H. CORPORATION, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. 1:07-cv-00989 JR | |
| | ) | | |
| ANDY SHALLAL, *et al.*, | ) | | |
| | ) | **ORDER** | |
| | ) | | |
| Defendants. | ) | | |

Defendant BK&F, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby GRANTED on this ___ day of July, 2007.

**IT IS SO ORDERED.**

_____
Judge