UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.W.H. CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDY SHALLAL, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:07CV00989 (JR) |

**DEFENDANTS LAN, INC. AND ANDY SHALLAL'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants LAN, Inc., and Andy Shallal move this Court to grant an extension of time for them to answer or otherwise respond to Plaintiff S.W.H. Corporation's ("S.W.H.") Complaint. An extension was previously granted by the Court to Monday, July 9, 2007. After consultation, Plaintiff S.W.H.'s counsel agreed to an additional two week extension of time until July 23, 2007. For the reasons set forth more fully in the accompanying memorandum, Defendants LAN, Inc., and Andy Shallal request that the Court grant this Motion.

Respectfully submitted,

Dated: July 9, 2007

By /s/ Eric L. Yaffe
Eric L. Yaffe (#439750)
GRAY, PLANT, MOOTY MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, Northwest
Suite 1111
Washington, DC 20037
Telephone:  (202) 295-2200
Facsimile:   (202) 295-2250

Attorneys for Defendants
LAN, Inc. and
Andy Shallal

PROOF OF SERVICE

I hereby certify that on this 9th day of July, 2007, a copy of the foregoing **DEFENDANTS LAN, INC. AND ANDY SHALLAL'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was sent via the Court's electronic system to:

**William H. Oldach, III** (via facsimile and first class U.S. mail)
VORYS, SATER, SEYMOUR & PEASE
1828 L Street, NW
Suite 1100
Washington, DC 20036-5109
Attorney for Plaintiff
S.W.H. Corporation

**Kwamena Munko Acquaah**
2300 M Street, NW
Suite 800
Washington, DC 20037
Attorney for Defendant
BK&F LLC

/s/ Eric L. Yaffe

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S.W.H. CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07CV00989 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| ANDY SHALLAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS LAN, INC. AND ANDY SHALLAL'S MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants LAN, Inc. and Andy Shallal, through counsel, move this Court to grant an extension of time in which to file an answer or otherwise respond to Plaintiff S.W.H. Corporation's ("S.W.H.") Complaint.

1. Plaintiff S.W.H.'s counsel has agreed to an additional two-week extension of the deadline to Monday, July 23, 2007.

2, This extension, if granted, will not unduly prejudice the parties.

WHEREFORE, for good cause shown, Defendants LAN, Inc. and Andy Shallal, request that this Court grant Defendant's Unopposed Motion for a two-week extension to file a response to Plaintiff's Complaint.

                              Respectfully submitted,

Dated: July 9, 2007            By <u>/s/ Eric L. Yaffe</u>_____
                              Eric L. Yaffe (#439750)
                              GRAY, PLANT, MOOTY MOOTY
                              & BENNETT, P.A.
                              2600 Virginia Avenue, Northwest
                              Suite 1111
                              Washington, DC 20037
                              Telephone:    (202) 295-2200
                              Facsimile:     (202) 295-2250

                              Attorneys for Defendants
                              LAN, Inc. and
                              Andy Shallal

## PROOF OF SERVICE

I hereby certify that on this 9th day of July, 2007, a copy of the foregoing **DEFENDANTS LAN, INC. AND ANDY SHALLAL'S MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was sent via the Court's electronic system to:

**William H. Oldach, III** (via facsimile and first class U.S. mail)
VORYS, SATER, SEYMOUR & PEASE
1828 L Street, NW
Suite 1100
Washington, DC 20036-5109
Attorney for Plaintiff
S.W.H. Corporation

**Kwamena Munko Acquaah**
2300 M Street, NW
Suite 800
Washington, DC 20037
Attorney for Defendant
BK&F LLC

/s/ Eric L. Yaffe_____