IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S.W.H. CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-00989 JR |
| | ) | |
| ANDY SHALLAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR STAY**

Plaintiff S.W.H. Corporation ("S.W.H."), by and through its undersigned counsel, hereby moves for a stay in the above-captioned litigation until Friday, September 7, 2007. This motion is not opposed by any defendant. For the reasons set forth more fully in the accompanying memorandum, Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted,

Date: July 23, 2007

*/s/ William H. Oldach III*
William H. Oldach III (#458757)
Vorys, Sater, Seymour and Pease LLP
1828 L Street N.W., 11th Floor
Washington, D.C. 20036-5109
Phone: (202) 467-8880
Fax:    (202) 533-9024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.W.H. CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-00989 JR |
| ANDY SHALLAL, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED
MOTION FOR STAY**

Plaintiff, S.W.H. Corporation ("S.W.H."), has moved this Court for a stay of the above-captioned litigation. Good cause exists for such a stay, as S.W.H. and defendant BK&F, LLC have entered into a settlement agreement that contains certain terms and conditions to be satisfied by BK&F by August 10, 2007 and August 31, 2007. If these conditions are timely met, then Plaintiff will file for a dismissal of the case against all defendants. In order to prevent prejudice to any party in the event that the settlement is not consummated, S.W.H. is seeking a stay of this case until September 7, 2007.

WHEREFORE, for good cause shown, S.W.H. moves this Court to stay this case.

Respectfully submitted,

Dated: July 23, 2007

*William H Oldach III*
William H. Oldach III (#458757)
Vorys, Sater, Seymour and Pease LLP
1828 L Street N.W., 11th Floor
Washington, D.C. 20036-5109
Phone: (202) 467-8880
Fax:   (202) 533-9024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.W.H. CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00989 JR |
| ) | |
| ANDY SHALLAL, *et al.*, ) | |
| ) | **ORDER** |
| ) | |
| Defendants. ) | |

Plaintiff's Unopposed Motion for Stay of the case above-captioned case is hereby GRANTED on this ___ day of July, 2007.

**IT IS SO ORDERED.**

_____
, J.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of Plaintiff's Unopposed Motion for Stay, the Memorandum in Support thereof and Proposed Order were served on the parties listed below via first-class mail:


Kwame Acquaah
**BAILEY LAW GROUP, P.C.**
1615 L Street, NW, Suite 1350
Washington, DC  20036
*Attorney for Defendant*
*BK&F, LLC*

Eric Yaffe
**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**
2600 Virginia Avenue, NW, Suite 1111
Washington, DC  20037
*Attorney for Defendants*
*LAN, Inc. and*
*Andy Shallal*


Dated: July 23, 2007                                William H. Oldach III