IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| S.W.H. CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-00989 JR |
| ANDY SHALLAL, *et al.*, | ) |
| | ) **ORDER** |
| Defendants. | ) |

Plaintiff's Unopposed Motion for Stay of the case above-captioned case is hereby GRANTED on this ___ day of July, 2007.

**IT IS SO ORDERED.**

_____
JAMES ROBERTSON
United States District Judge