**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

S.W.H. CORPORATION,          :
                              :
    Plaintiff,           :
                              :
  v.                        : Civil Action No. 07-0989 (JR)
                              :
ANDY SHALLAL, *et al.*,      :
                              :
    Defendants.          :

**ORDER**

      The unopposed stay that became effective on 7/27/07 [#12] has expired.  Defendants may have until 9/21/07 to answer, move, or otherwise plead.  A scheduling conference, see LCvR 16.3, 16.4, is set for **10/3/07 at 4:30 p.m.**  It is **SO ORDERED**


                                          JAMES ROBERTSON
                         United States District Judge