IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

S.W.H. CORPORATION,                )
                                   )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )      Case No.  1:07-cv-00989 JR
                                   )
ANDY SHALLAL, *et al.,*            )
                                   )
        Defendants.                )
                                   )

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and pursuant to a settlement agreement

among the parties, Plaintiff S.W.H. Corporation ("S.W.H."), by and through its

undersigned counsel, hereby gives notice that is dismissing with prejudice all claims it

brought against defendants in the above-captioned litigation.

                        Respectfully submitted,


Date: September 13, 2007                /s/William H. Oldach III_____
                                        William H. Oldach III
                                        Vorys, Sater, Seymour and Pease LLP
                                        1828 L Street N.W., 11th Floor
                                        Washington, D.C. 20036-5109
                                        Phone: (202) 467-8880
                                        Fax:    (202) 533-9024

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Dismissal were served on the parties listed below via first-class mail:


Kwame Acquaah
**BAILEY LAW GROUP, P.C.**
1615 L Street, NW, Suite 1350
Washington, DC  20036
*Attorney for Defendant*
*BK&F, LLC*

Eric Yaffe
**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**
2600 Virginia Avenue, NW, Suite 1111
Washington, DC  20037
*Attorney for Defendants*
*LAN, Inc. and*
*Andy Shallal*


Dated: September 13, 2007

William H. Oldach III